| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WHEELER, JACQUELINE MARIE § Case No. 14-19259
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 22, 2014. The undersigned trustee was appointed on May 22, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of   $   219,739.96

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 176,862.64 |
| Bank service fees | 249.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 42,627.99 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was 12/22/2014 and the deadline for filing governmental claims was 11/18/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,237.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $14,237.00, for a total compensation of $14,237.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/01/2015     By:/s/KAREN R. GOODMAN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-19259  
**Case Name:** WHEELER, JACQUELINE MARIE  

**Period Ending:** 07/01/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 07/01/14  
**Claims Bar Date:** 12/22/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2004 Kawasaki STX 900 Jet Ski | Unknown | 500.00 | | 500.00 | FA |
| 2 | One-Half Interest in Bainbridge House Trailer (u) | Unknown | 0.00 | | 1,504.41 | FA |
| 3 | 100% interest in 585 Dawn Court, Des Plaines, IL<br>Imported from original petition Doc# 1 | 238,700.00 | 2,813.45 | | 0.00 | FA |
| 4 | 50% interest (with Julie Mayer) in 11359 E., Edg<br>Imported from original petition Doc# 1 | 200,000.00 | 62,521.82 | | 198,007.69 | FA |
| 5 | Personal cash<br>Imported from Amended Doc#: 34 | 75.00 | 75.00 | | 0.00 | FA |
| 6 | E*Trade Securities Cash Account # XXXX-6959<br>Imported from Amended Doc#: 34 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Bank of America checking Account # 0053-0895-088<br>Imported from Amended Doc#: 34 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous home furnishings, etc.<br>Imported from Amended Doc#: 34 | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous books, pictures, etc.<br>Imported from Amended Doc#: 34 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous women's clothing<br>Imported from Amended Doc#: 34 | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous costume jewelry, etc.<br>Imported from Amended Doc#: 34 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | SEP IRA E*Trade Financial Acct. # XXXX-4287<br>Imported from Amended Doc#: 34 | 8,382.54 | 0.00 | | 0.00 | FA |
| 13 | SEP IRA Royal Alliance Acct. # 036-423283<br>Imported from Amended Doc#: 34 | 15,368.79 | 0.00 | | 0.00 | FA |
| 14 | 100% shareholder of TLC Networks, Inc. Corporati<br>Imported from Amended Doc#: 34 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2010 Saab 9-3 Mileage: 47,000+ VIN YS3FA4BY9A161<br>Imported from Amended Doc#: 34 | 8,000.00 | 5,600.00 | | 1,500.00 | FA |
| 16 | VOID<br>Imported from Amended Doc#: 34 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Whole Life Insurance Policy with Jackson Nationa (u) | Unknown | Unknown | | 18,227.86 | FA |

Printed: 07/01/2015 09:56 AM    V.13.23

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-19259  
**Case Name:** WHEELER, JACQUELINE MARIE

**Trustee:**  (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 07/01/14  

**Period Ending:** 07/01/15

**Claims Bar Date:** 12/22/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Full cash surrender value per Insurance Companhy |  |  |  |  |  |
| 17 | Assets   Totals (Excluding unknown values) | $472,176.33 | $71,510.27 |  | $219,739.96 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015      **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Printed: 07/01/2015 09:56 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-19259 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | WHEELER, JACQUELINE MARIE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4466 - Checking Account |
| Taxpayer ID #: | **-***2614 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/01/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/14 | | Julie Mayer | Sale of Debtor's interest in assets (jet ski and trailer) to Julie Mayer per Court Order dated 11/18/14 | | 2,004.41 | | 2,004.41 |
| | {1} | | Sold to Julie Mayer per Court Order dated 11/18/2014                500.00 | 1129-000 | | | 2,004.41 |
| | {2} | | Sold to co-owner Julie Mayer per Court Order dated 11/18/2014   1,504.41 | 1229-000 | | | 2,004.41 |
| 12/12/14 | {17} | Jackson National Life Insurance Co. | Cash surrender value of Whole Life Insurance Policy with non-dependent beneficiary. See letter accompanying check for break-down of determination of policy value. Federal and State Taxes were withheld. | 1229-000 | 18,227.86 | | 20,232.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.19 | 20,216.08 |
| 01/08/15 | {15} | Jacqueline M. Wheeler | Sale of equity in 2010 Saab to Debtor per Court Order Dated 12/18/14 | 1129-000 | 1,500.00 | | 21,716.08 |
| 01/08/15 | | Security Title Agency | Sale of AZ property 1/2 owned by Debtor pursuant to Court Order dated 12/23/14 | | 21,174.20 | | 42,890.28 |
| | {4} | | Gross Amount Due to Seller                         198,000.00 | 1110-000 | | | 42,890.28 |
| | {4} | | Adjustments for HOA 12/26/2014 to 01/01/2015                               7.69 | 1110-000 | | | 42,890.28 |
| | | | Commission Paid at Settlement                        -11,880.00 | 3510-000 | | | 42,890.28 |
| | | | Closing Fee to Security Title Agency                       -516.00 | 2500-000 | | | 42,890.28 |
| | | | Payoff of Wells Fargo Mortgage Loan              -136,510.36 | 2500-000 | | | 42,890.28 |
| | | | Selle Paid Owners Policy       -1,122.00 | 2500-000 | | | 42,890.28 |
| | | | County Taxes 07/01/2014 to 12/26/2014                         -627.94 | 2820-000 | | | 42,890.28 |
| | | | Seller Contribution                  -4,328.99 | 2500-000 | | | 42,890.28 |
| | | | Government Recording Charges                              -40.00 | 2500-000 | | | 42,890.28 |
| | | | Non-Declarant Sale/Escrow Fee to City         -400.00 | 2500-000 | | | 42,890.28 |

Subtotals :        $42,906.47        $16.19

{} Asset reference(s)                                                                                              Printed: 07/01/2015 09:56 AM    V.13.23

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-19259  
**Case Name:** WHEELER, JACQUELINE MARIE  

**Taxpayer ID #:** **-***2614  
**Period Ending:** 07/01/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Property Management | | | | |
| | | | Proceeds to Julie Mayer    -21,408.20 | 2500-000 | | | 42,890.28 |
| | | | (co-owner of property) | | | | |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.64 | 42,841.64 |
| 02/16/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259, Bond No. 10BSBGR6291 Voided on 02/17/15 | 2300-000 | | 29.15 | 42,812.49 |
| 02/17/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259, Bond No. 10BSBGR6291 Voided: check issued on 02/16/15 | 2300-000 | | -29.15 | 42,841.64 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259 Voided on 02/17/15 | 2300-000 | | 29.15 | 42,812.49 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259 Voided: check issued on 02/17/15 | 2300-000 | | -29.15 | 42,841.64 |
| 02/17/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259 | 2300-000 | | 29.15 | 42,812.49 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.51 | 42,754.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.59 | 42,689.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.40 | 42,627.99 |
| | | | **ACCOUNT TOTALS** | | 42,906.47 | 278.48 | **$42,627.99** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,906.47 | 278.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,906.47** | **$278.48** | |

{} Asset reference(s)

Printed: 07/01/2015 09:56 AM    V.13.23

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-19259 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | WHEELER, JACQUELINE MARIE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4466 - Checking Account |
| **Taxpayer ID #:** | **-***2614 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/01/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4466** | 42,906.47 | 278.48 | 42,627.99 |
| | $42,906.47 | $278.48 | $42,627.99 |

{} Asset reference(s)    Printed: 07/01/2015 09:56 AM    V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 22, 2014

**Case Number:** 14-19259  
**Debtor Name:** WHEELER, JACQUELINE MARIE

Page: 1

**Date:** July 1, 2015  
**Time:** 09:56:13 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $14,237.00 | $0.00 | 14,237.00 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East  Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $7,362.00 | $0.00 | 7,362.00 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East  Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $449.97 | $0.00 | 449.97 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $2,441.14 | $0.00 | 2,441.14 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $20.52 | $0.00 | 20.52 |
| 1<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $12,633.44 | $0.00 | 12,633.44 |
| 2<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $11,830.95 | $0.00 | 11,830.95 |
| 3<br>610 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $4,281.43 | $0.00 | 4,281.43 |
| 4<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $25,445.92 | $0.00 | 25,445.92 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $9,655.12 | $0.00 | 9,655.12 |
| **<< Totals >>** | | | | 88,357.49 | 0.00 | 88,357.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-19259
Case Name: WHEELER, JACQUELINE MARIE
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 42,627.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 42,627.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 14,237.00 | 0.00 | 14,237.00 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 7,362.00 | 0.00 | 7,362.00 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 449.97 | 0.00 | 449.97 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 2,441.14 | 0.00 | 2,441.14 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 20.52 | 0.00 | 20.52 |

Total to be paid for chapter 7 administration expenses: $ 24,510.63
Remaining balance: $ 18,117.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,117.36

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 18,117.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,846.86 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 12,633.44 | 0.00 | 3,584.91 |
| 2 | American Express Bank, FSB | 11,830.95 | 0.00 | 3,357.18 |
| 3 | Advanta Bank Corporation | 4,281.43 | 0.00 | 1,214.91 |
| 4 | PYOD, LLC its successors and assigns as assignee | 25,445.92 | 0.00 | 7,220.60 |
| 5 | PYOD, LLC its successors and assigns as assignee | 9,655.12 | 0.00 | 2,739.76 |

|  | Total to be paid for timely general unsecured claims: | $ 18,117.36 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**