**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                    ) CHAPTER 7 CASE
WHEELER, JACQUELINE MARIE,                )
                                          ) CASE NO. 14-19259
                                          )
          Debtor(s)                       ) JUDGE JACK B. SCHMETTERER
                                          )

<u>**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**</u>

Name of Applicant:   Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to:   Trustee

Date of Order Authorizing Employment:   February 12, 2015

Period for Which
Compensation is sought:   February 12, 2015, through April 23, 2015

Amount of Fees sought:   $2,441.14

Amount of Expense
Reimbursement sought:   $20.52

This is an:          Interim Application _____        Final Application   X

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:
                                                                $0.00

Date: May 28, 2015                    By:  Alan D. Lasko & Associates, P.C.
                                          Applicant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jacqueline Marie Wheeler Bankruptcy Estate | ) | No. 14 B 19259 |
| | ) | |
| 30-6452614 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Jack B. Schmetterer |

### FIRST AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC")**, Certified

Public Accountants, request first and final compensation of $2,441.14 and expenses of $20.52

for the time period from February 12, 2015 through April 23, 2015. A detail is provided herein

for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about December 3, 2014. A Trustee was subsequently appointed. On February 12, 2015, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's short period 2014 income tax returns.

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 19.5 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as

2

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost          $118.00

A recap of compensation for this category is as follows:

|                    | Hours | Rate        | Amount       |
| ------------------ | ----- | ----------- | ------------ |
| A. Lasko           | 0.2   | $   280.00  | $     56.00  |
| C. Wilson, Staff   | 1.0   | 62.00       | 62.00        |
|                    | 1.2   |             | $    118.00  |

### TAX PREPARATION

The Applicant incurred 18.3 hours in the preparation of the Estate's short period 2014 workpapers and tax returns.

The work also included the following:

- Summarized Trustee's Forms 2.
- Reviewed Bankruptcy Schedules.
- Reviewed data related to the cashing in of the Debtor's life insurance policy and issues related to the tax effect of same.
- Estimated time to prepare Estate's final information tax returns and cover letter to Trustee.

Cost          $2,733.10

4

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 3.7 | $ 280.00 | $ 1,036.00 |
| D. Konomidis, Tax Supervisor | 3.6 | 220.00 | 792.00 |
| K. Seyller, Senior | 0.3 | 128.00 | 38.40 |
| B. Zhu, Staff | 10.7 | 81.00 | 866.70 |
|  | 18.3 |  | $ 2,733.10 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $275 | - | $280 |
|---|---|---|---|
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | First and Final Application | Voluntary Reduction | Net |
|---|---|---|---|
| Billing | $ 118.00 | $ - | $ 118.00 |
| Tax Preparation | 2,733.10 | (409.96) | 2,323.14 |
| Net Request | $ 2,851.10 | $ (409.96) | $ 2,441.14 |

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $ 118.00 | $ 98.33 |
| Tax Preparation - Net | 18.3 | 2,323.14 | $ 126.95 |
| | 19.5 | $ 2,441.14 | $ 125.19 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | Tax Preparation |
|---|---|
| Delivery | $ 5.52 |
| Copy Costs | 15.00 |
| | $ 20.52 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.  ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the First and Final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $2,441.14 and expenses of $20.52 should be allowed for services by your Applicant for the period February 12, 2015 through April 23, 2015.

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jacqueline Marie Wheeler Bankruptcy Estate | ) | No. 14 B 19259 |
| | ) | |
| 30-6452614 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Jack B. Schmetterer |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _23rd_ day of April, 2015.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/18

9

<u>**EXHIBIT A**</u>

<u>**ORDER OF EMPLOYMENT**</u>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                           )          BK No.:    14-19259
WHEELER, JACQUELINE MARIE,                       )
                                                 )
                                                 )          Chapter: 7
                                                 )          Honorable Jack Schmetterer
                                                 )
                                                 )
        Debtor(s)                                )

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

        THIS CAUSE COMING on to be heard upon the Trustee's Motion to Employ Alan D. Lasko
and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as accountants for the Trustee,
due notice having been given and the Court finding that Alan D. Lasko and the accounting firm of Alan
D. Lasko & Associates, Inc., are disinterested persons within the meaning of 11 U.S.C. §101(14);

        IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko of the accounting
firm of Alan D. Lasko & Associates, Inc., certified public accountants, and with all compensation to be
paid as an administrative expense in such amount as this Court may hereinafter determine and allow
upon proper application.

                                               Enter:   _____

                                                        Honorable Jack B. Schmetterer
                                                        United States Bankruptcy Judge
Dated:  February 12, 2015

**Prepared by:**

Karen R. Goodman (I.D. #1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Telephone:  (312) 527-4000
Facsimile:  (312) 275-7570

<u>**EXHIBIT B**</u>

<u>**PERSONNEL**</u>

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 29 years. He brings his 39 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 14 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for over a year. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

Bin Zhu – Staff

Mr. Zhu is a staff accountant performing accounting and tax services. Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University. Mr. Zhu has recently completed the CPA examination.

**EXHIBIT C**

**STAFF LEVELS**

## JACQUELINE MARIE WHEELER BANKRUPTCY ESTATE

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## EXHIBIT D

## ACTUAL TIME FROM TIME SLIPS

## EXHIBIT D-1

## TAX PREPARATION

4/23/2015
2:55 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page      1

| Selection Criteria |
| --- |

| Clie.Selection | Include: Wheeler, JM.002; Wheeler, JM.012 |
| --- | --- |

| Nickname | Wheeler, JM.002 \| 4875 |
| --- | --- |
| Full Name | Estate of Jacqueline Marie Wheeler |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 E. Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | tax prepare |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 4/22/2015 |
| Last payment | Amount      $0.00 |

| Date | User | Rate | Hours | Amount | Total |
| ID | Task | Markup % | DNB Time | DNB Amt | |
| --- | --- | --- | --- | --- | --- |
| 2/14/2015 | A. Lasko | 280.00 | 0.70 | 196.00 | Billable |
| 132911 | 800 | | | | |
| | review of file and prepared follow up questions for trustee regarding the bank's issued Form 1099 regarding the sale that does not agree to the Form 2 information of the trustee | | | | |
| 3/25/2015 | A. Lasko | 280.00 | 0.80 | 224.00 | Billable |
| 134509 | 800 | | | | |
| | review of information relived from trustee and prepared information requests to determine if 2014 and 2015 estate returns need to be prepared | | | | |
| 3/27/2015 | B. Zhu | 81.00 | 6.20 | 502.20 | Billable |
| 134585 | 800 | | | | |
| | Preparation of workpapers and tax return for initial short year 2014 | | | | |
| 3/28/2015 | B. Zhu | 81.00 | 1.80 | 145.80 | Billable |
| 134616 | 800 | | | | |
| | Preparation of workpapers and tax return for 2014 | | | | |
| 4/2/2015 | D. Konomidis | 220.00 | 1.40 | 308.00 | Billable |
| 134821 | 800 | | | | |
| | reviewed 2014 tax returns and workpapers. | | | | |
| 4/4/2015 | D. Konomidis | 220.00 | 2.10 | 462.00 | Billable |
| 134911 | 800 | | | | |
| | continued review of 2014 federal, IL, and AZ tax returns and workpapers. | | | | |

4/23/2015                           Alan D. Lasko & Associates, P.C.
2:56 PM                                  Pre-bill Worksheet                                   Page      2

Wheeler, JM.002:Estate of Jacqueline Marie Wheeler (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/6/2015<br>134935 | A. Lasko<br>800 | 280.00 | 0.70 | 196.00 | Billable |
| | tax review for item related to life insurance cashed out policy tax effect | | | | |
| 4/15/2015<br>135519 | D. Konomidis<br>800 | 220.00 | 0.10 | 22.00 | Billable |
| | reviewed 2014 extensions. | | | | |
| 4/15/2015<br>135544 | B. Zhu<br>800 | 81.00 | 0.30 | 24.30 | Billable |
| | Preparation of extension for 2014 return | | | | |
| 4/16/2015<br>135681 | A. Lasko<br>800 | 280.00 | 0.20 | 56.00 | Billable |
| | discussed with trustee issues relating to incorrectly issued 1099r re:<br>pension distribution to the debtor when the monies went to the estate | | | | |
| 4/21/2015<br>135741 | A. Lasko<br>800 | 280.00 | 0.40 | 112.00 | Billable |
| | review of file and set up staff for changes to be made as a result of<br>information received from the life insurance company regarding the cashing<br>in of the policy by the estate | | | | |
| 4/21/2015<br>135762 | B. Zhu<br>800 | 81.00 | 1.20 | 97.20 | Billable |
| | Preparation of workpapers and tax return for 2014 | | | | |
| 4/21/2015<br>135767 | A. Lasko<br>800 | 280.00 | 0.30 | 84.00 | Billable |
| | prepared corrections to state allocations between the Illinois and Arizona<br>returns | | | | |
| 4/22/2015<br>135769 | A. Lasko<br>800 | 280.00 | 0.20 | 56.00 | Billable |
| | prepared IRS 60 day letter for 2014 | | | | |
| 4/22/2015<br>135770 | A. Lasko<br>800 | 280.00 | 0.40 | 112.00 | Billable |
| | sign off of federal, Arizona and Illinois estate returns and IRS 60 day copy<br>and letter for 2014 | | | | |
| 4/22/2015<br>135780 | B. Zhu<br>800 | 81.00 | 1.20 | 97.20 | Billable |
| | Estimated time to prepare the estate's final information tax returns and<br>cover letter to trustee | | | | |

4/23/2015
2:56 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    3

Wheeler, JM.002:Estate of Jacqueline Marie Wheeler (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/22/2015 135781 | K. Seyller 800 | 128.00 | 0.30 | 38.40 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

| TOTAL | Billable Fees | | 18.30 | | $2,733.10 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/15/2015 135653 | C. Wilson 105 | 0.34 | 1.000 | 0.34 | Billable |
| | Postage, certified mail, return receipt requested for 2014 extension. | | | | |

| TOTAL | Billable Costs | | | | $0.34 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips Total of Fees (Time Charges) | $2,733.10 | $2,733.10 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips Total of Costs (Expense Charges) | $0.34 | $0.34 |
| Total new charges | | $2,733.44 |
| New Balance Current | $2,733.44 | |
| Total New Balance | | $2,733.44 |

<u>**EXHIBIT D-2**</u>

<u>**BILLING TIME**</u>

4/23/2015
2:56 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    4

| | |
|---|---|
| Nickname | Wheeler, JM.012 \| 4676 |
| Full Name | Estate of Jacqueline Marie Wheeler |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 E. Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 4/23/2015 | | |
| Last payment | | Amount | $0.00 |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 4/23/2015 | A. Lasko | 280.00 | 0.20 | 56.00 | Billable |
| 135786 | 800 | | | | |
| | Prepared fee petition | | | | |
| 4/23/2015 | C. Wilson | 62.00 | 0.20 | 12.40 | Billable |
| 135787 | 800 | | | | |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 0.40 | | $68.40 |

Total of billable expense slips                                    $0.00

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $68.40 | |
| Total of Fees (Time Charges) | | $68.40 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $68.40 |
| New Balance | | |
| Current | $68.40 | |

4/23/2015
2:56 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page      5

Wheeler, JM.012:Estate of Jacqueline Marie Wheeler (continued)

| | Amount | Total |
|---|---|---|
| Total New Balance | | $68.40 |