| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter  7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | 08/25/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: WHEELER, JACQUELINE MARIE                §   Case No. 14-19259-JBS
                                                §
                                                §
Debtor(s)                                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/25/2015 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/09/2015     By: /s/KAREN R. GOODMAN
                                                                             Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
|---|---|---|
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | 08/25/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: WHEELER, JACQUELINE MARIE          §   Case No. 14-19259-JBS
                                          §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $    219,739.96

*and approved disbursements of*               $    177,111.97

*leaving a balance on hand of*  [1]           $     42,627.99

**Balance on hand:**                          $     42,627.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $   42,627.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 14,237.00 | 0.00 | 14,237.00 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 7,362.00 | 0.00 | 7,362.00 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 449.97 | 0.00 | 449.97 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 2,441.14 | 0.00 | 2,441.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Accountant for Trustee, Expenses - ALAN D. LASKO | 20.52 | 0.00 | 20.52 |
|---|---|---|---|

Total to be paid for chapter 7 administration expenses: $ 24,510.63
Remaining balance: $ 18,117.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,117.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,117.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,846.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 12,633.44 | 0.00 | 3,584.91 |
| 2 | American Express Bank, FSB | 11,830.95 | 0.00 | 3,357.18 |
| 3 | Advanta Bank Corporation | 4,281.43 | 0.00 | 1,214.91 |
| 4 | PYOD, LLC its successors and assigns as assignee | 25,445.92 | 0.00 | 7,220.60 |
| 5 | PYOD, LLC its successors and assigns as assignee | 9,655.12 | 0.00 | 2,739.76 |

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for timely general unsecured claims: | $ | 18,117.36 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-19259-JBS
Jacqueline Marie Wheeler                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2                  Date Rcvd: Jul 14, 2015
                              Form ID: pdf006            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
```
db             +Jacqueline Marie Wheeler,   8926 North Greenwood Ave.,    Apt. 292,    Niles, IL 60714-5163
21964016        AT&T Universal,   Processing Center,   Des Moines, IA 50363-0005
21964015        American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
22656488        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21964018        Bank of America,    PO Box 650070,   Dallas, TX 75265-0070
21964017        Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
21964019        Bank of America,    PO Box 5170,   Simi Valley, CA 93062-5170
21964020        Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
22504431        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
21964022        Chase,   Cardmember Service,    PO Box 15123,   Wilmington, DE 19850-5123
21964023        Chase,   Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
21964024        Citi Cards,   Processing Center,    Des Moines, IA 50363-0005
21964025       +City of Chicago,   Dept. of Finance,   121 N. LaSalle Street # 107A,    Chicago, IL 60602-1232
21964026       +City of Lake Forest,    255 W. Deerpath,   Lake Forest, IL 60045-2104
21964028      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Business Credit,    Payment Processing Center,   PO Box 5275,
                 Carol Stream, IL 60197-5275)
21964029        Jackson National Life,    PO Box 24008,   Lansing, MI 48909-4008
21964031       +McAfee,   2128 Mission College Blvd,    Santa Clara, CA 95054
21964032        Mesa-AZ,   PO Box 1878,   Mesa, AZ 85211-1878
21964034       +Parkwood East II Community Assn.,    4645 East Cotton Gin Loop,    Phoenix, AZ 85040-8885
21964035        Parkwood East II Condo Assn.,    PO Box 62438,   Phoenix, AZ 85082-2438
21964036       +Roosevelt Lakeview Park,    28078 N. AZ Hwy. 188,   Roosevelt, AZ 85545-8144
21964040        SRP,   PO Box 80062,   Prescott, AZ 86304-8062
21964037       #Seterus,   PO Box 2008,   Grand Rapids, MI 49501-2008
21964038       #Seterus,   Bankruptcy Dept.,    PO Box 2206,   Grand Rapids, MI 49501-2206
21964039        Southwest Gas Corp.,    PO Box 98890,   Las Vegas, NV 89193-8890
21964041       +TLC Networks Inc.,    8926 N. Greenwood Ave.,   # 292,    Niles, IL 60714-5163
21964042       +Village of Glen Ellyn,    535 Duane Street,   Police Department,   Glen Ellyn, IL 60137-4675
21964044        Wells Fargo,   Payment Remittance Center,    PO Box 30427,   Los Angeles, CA 90030-0427
21964043        Wells Fargo,   Payment Remittance Center,    PO Box 54349,   Los Angeles, CA 90054-0349
21964045        Wells Fargo Home Mortgage,    Return Mail Operations,    PO Box 14411,
                 Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22736034        E-mail/Text: bkr@cardworks.com Jul 15 2015 01:43:20     Advanta Bank Corporation,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
21964014        E-mail/Text: bkr@cardworks.com Jul 15 2015 01:43:20     Advanta Credit Cards,   PO Box 31032,
                 Tampa, FL 33631-3032
21964021        E-mail/Text: bklaw2@centurylink.com Jul 15 2015 01:44:58     CenturyLink,   PO Box 29040,
                 Phoenix, AZ 85038-9040
21964027        E-mail/Text: legalcollections@comed.com Jul 15 2015 01:46:13     Comed,   PO Box 6111,
                 Carol Stream, IL 60197-6111
21964033        E-mail/Text: bankruptcydepartment@ncogroup.com Jul 15 2015 01:45:08
                 NCO Financial Systems, Inc.,    PO Box 15740,   Wilmington, DE 19850-5740
22736060       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2015 01:34:26
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 6
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21964030       ##Julie Mayer,   11359 E. Edgewood Ave,   Mesa, AZ 85208-7663
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mhenley              Page 2 of 2             Date Rcvd: Jul 14, 2015
                               Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2015 at the address(es) listed below:
              Karen R Goodman, ESQ    on behalf of Accountant Alan D. Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Attorney    Taft Stettinius & Hollister LLP
               kgoodman@taftlaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Nathaniel J. Pomrenze    on behalf of Debtor Jacqueline Marie Wheeler njp@njpltdlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), a
               corporation organized and existing under the laws of the United States of America
               rocio@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 7
```