| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
|   Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WHEELER, JACQUELINE MARIE     §   Case No. 14-19259
                                     §
                                     §
                                     §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $264,176.33         Assets Exempt: $42,801.33
*(without deducting any secured claims)*

Total Distribution to Claimants: $18,117.36      Claims Discharged
                                                 Without Payment: $45,729.50

Total Expenses of Administration: $201,622.60

---

3) Total gross receipts of $    219,739.96   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $219,739.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 201,622.60 | 201,622.60 | 201,622.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 63,846.86 | 63,846.86 | 18,117.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $265,469.46 | $265,469.46 | $219,739.96 |

4) This case was originally filed under Chapter 7 on May 22, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2015          By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Kawasaki STX 900 Jet Ski | 1129-000 | 500.00 |
| One-Half Interest in Bainbridge House Trailer | 1229-000 | 1,504.41 |
| 50% interest (with Julie Mayer) in 11359 E., Edg | 1110-000 | 198,007.69 |
| 2010 Saab 9-3 Mileage: 47,000+ VIN YS3FA4BY9A161 | 1129-000 | 1,500.00 |
| Whole Life Insurance Policy with Jackson Nationa | 1229-000 | 18,227.86 |
| **TOTAL GROSS RECEIPTS** | | **$219,739.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 14,237.00 | 14,237.00 | 14,237.00 |
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 7,362.00 | 7,362.00 | 7,362.00 |
| Taft Stettinius & Hollister LLP | 3120-000 | N/A | 449.97 | 449.97 | 449.97 |
| ALAN D. LASKO | 3410-000 | N/A | 2,441.14 | 2,441.14 | 2,441.14 |
| ALAN D. LASKO | 3420-000 | N/A | 20.52 | 20.52 | 20.52 |
| Rabobank, N.A. | 2600-000 | N/A | 16.19 | 16.19 | 16.19 |
| Security Title Agency | 3510-000 | N/A | 11,880.00 | 11,880.00 | 11,880.00 |
| Security Title Agency | 2500-000 | N/A | 516.00 | 516.00 | 516.00 |
| Security Title Agency | 2500-000 | N/A | 136,510.36 | 136,510.36 | 136,510.36 |
| Security Title Agency | 2500-000 | N/A | 1,122.00 | 1,122.00 | 1,122.00 |
| Security Title Agency | 2820-000 | N/A | 627.94 | 627.94 | 627.94 |
| Security Title Agency | 2500-000 | N/A | 4,328.99 | 4,328.99 | 4,328.99 |
| Security Title Agency | 2500-000 | N/A | 40.00 | 40.00 | 40.00 |
| Security Title Agency | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Security Title Agency | 2500-000 | N/A | 21,408.20 | 21,408.20 | 21,408.20 |
| Rabobank, N.A. | 2600-000 | N/A | 48.64 | 48.64 | 48.64 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 29.15 | 29.15 | 29.15 |
| Rabobank, N.A. | 2600-000 | N/A | 57.51 | 57.51 | 57.51 |
| Rabobank, N.A. | 2600-000 | N/A | 65.59 | 65.59 | 65.59 |
| Rabobank, N.A. | 2600-000 | N/A | 61.40 | 61.40 | 61.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$201,622.60** | **$201,622.60** | **$201,622.60** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 12,633.44 | 12,633.44 | 3,584.91 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 11,830.95 | 11,830.95 | 3,357.18 |
| 3 | Advanta Bank Corporation | 7100-000 | N/A | 4,281.43 | 4,281.43 | 1,214.91 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 25,445.92 | 25,445.92 | 7,220.60 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 9,655.12 | 9,655.12 | 2,739.76 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $63,846.86 | $63,846.86 | $18,117.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19259  
**Case Name:** WHEELER, JACQUELINE MARIE  

**Period Ending:** 12/09/15  

**Trustee:** (520191)    KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 07/01/14  
**Claims Bar Date:** 12/22/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2004 Kawasaki STX 900 Jet Ski | Unknown | 500.00 | | 500.00 | FA |
| 2 | One-Half Interest in Bainbridge House Trailer (u) | Unknown | 0.00 | | 1,504.41 | FA |
| 3 | 100% interest in 585 Dawn Court, Des Plaines, IL<br>Imported from original petition Doc# 1 | 238,700.00 | 2,813.45 | | 0.00 | FA |
| 4 | 50% interest (with Julie Mayer) in 11359 E., Edg<br>Imported from original petition Doc# 1 | 200,000.00 | 62,521.82 | | 198,007.69 | FA |
| 5 | Personal cash<br>Imported from Amended Doc#: 34 | 75.00 | 75.00 | | 0.00 | FA |
| 6 | E*Trade Securities Cash Account # XXXX-6959<br>Imported from Amended Doc#: 34 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Bank of America checking Account # 0053-0895-088<br>Imported from Amended Doc#: 34 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous home furnishings, etc.<br>Imported from Amended Doc#: 34 | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous books, pictures, etc.<br>Imported from Amended Doc#: 34 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous women's clothing<br>Imported from Amended Doc#: 34 | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous costume jewelry, etc.<br>Imported from Amended Doc#: 34 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | SEP IRA E*Trade Financial Acct. # XXXX-4287<br>Imported from Amended Doc#: 34 | 8,382.54 | 0.00 | | 0.00 | FA |
| 13 | SEP IRA Royal Alliance Acct. # 036-423283<br>Imported from Amended Doc#: 34 | 15,368.79 | 0.00 | | 0.00 | FA |
| 14 | 100% shareholder of TLC Networks, Inc. Corporati<br>Imported from Amended Doc#: 34 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2010 Saab 9-3 Mileage: 47,000+ VIN<br>YS3FA4BY9A161<br>Imported from Amended Doc#: 34 | 8,000.00 | 5,600.00 | | 1,500.00 | FA |
| 16 | VOID<br>Imported from Amended Doc#: 34 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Whole Life Insurance Policy with Jackson Nationa (u) | Unknown | Unknown | | 18,227.86 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19259  **Trustee:** (520191) KAREN R. GOODMAN
**Case Name:** WHEELER, JACQUELINE MARIE  **Filed (f) or Converted (c):** 05/22/14 (f)
  **§341(a) Meeting Date:** 07/01/14
**Period Ending:** 12/09/15  **Claims Bar Date:** 12/22/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Full cash surrender value per Insurance Companhy | | | | | |
| 17 | Assets  Totals (Excluding unknown values) | $472,176.33 | $71,510.27 | | $219,739.96 | $0.00 |

**Major Activities Affecting Case Closing:**

   File TDR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   July 2, 2015  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-19259
**Case Name:** WHEELER, JACQUELINE MARIE
**Taxpayer ID #:** **-***2614
**Period Ending:** 12/09/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/04/14 | | Julie Mayer | Sale of Debtor's interest in assets (jet ski and trailer) to Julie Mayer per Court Order dated 11/18/14 | | | 2,004.41 | | 2,004.41 |
| | {1} | | Sold to Julie Mayer per Court Order dated 11/18/2014 | 500.00 | 1129-000 | | | 2,004.41 |
| | {2} | | Sold to co-owner Julie Mayer per Court Order dated 11/18/2014 | 1,504.41 | 1229-000 | | | 2,004.41 |
| 12/12/14 | {17} | Jackson National Life Insurance Co. | Cash surrender value of Whole Life Insurance Policy with non-dependent beneficiary. See letter accompanying check for break-down of determination of policy value. Federal and State Taxes were withheld. | | 1229-000 | 18,227.86 | | 20,232.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.19 | 20,216.08 |
| 01/08/15 | {15} | Jacqueline M. Wheeler | Sale of equity in 2010 Saab to Debtor per Court Order Dated 12/18/14 | | 1129-000 | 1,500.00 | | 21,716.08 |
| 01/08/15 | | Security Title Agency | Sale of AZ property 1/2 owned by Debtor pursuant to Court Order dated 12/23/14 | | | 21,174.20 | | 42,890.28 |
| | {4} | | Gross Amount Due to Seller | 198,000.00 | 1110-000 | | | 42,890.28 |
| | {4} | | Adjustments for HOA 12/26/2014 to 01/01/2015 | 7.69 | 1110-000 | | | 42,890.28 |
| | | | Commission Paid at Settlement | -11,880.00 | 3510-000 | | | 42,890.28 |
| | | | Closing Fee to Security Title Agency | -516.00 | 2500-000 | | | 42,890.28 |
| | | | Payoff of Wells Fargo Mortgage Loan | -136,510.36 | 2500-000 | | | 42,890.28 |
| | | | Selle Paid Owners Policy | -1,122.00 | 2500-000 | | | 42,890.28 |
| | | | County Taxes 07/01/2014 to 12/26/2014 | -627.94 | 2820-000 | | | 42,890.28 |
| | | | Seller Contribution | -4,328.99 | 2500-000 | | | 42,890.28 |
| | | | Government Recording Charges | -40.00 | 2500-000 | | | 42,890.28 |
| | | | Non-Declarant Sale/Escrow Fee to City | -400.00 | 2500-000 | | | 42,890.28 |

Subtotals : $42,906.47   $16.19

{} Asset reference(s)

Printed: 12/09/2015 10:59 AM   V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-19259  
**Case Name:** WHEELER, JACQUELINE MARIE  
**Taxpayer ID #:** **-***2614  
**Period Ending:** 12/09/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Property Management<br>Proceeds to Julie Mayer  -21,408.20<br>(co-owner of property) | 2500-000 | | | 42,890.28 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.64 | 42,841.64 |
| 02/16/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259, Bond No. 10BSBGR6291<br>Voided on 02/17/15 | 2300-000 | | 29.15 | 42,812.49 |
| 02/17/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259, Bond No. 10BSBGR6291<br>Voided: check issued on 02/16/15 | 2300-000 | | -29.15 | 42,841.64 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259<br>Voided on 02/17/15 | 2300-000 | | 29.15 | 42,812.49 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259<br>Voided: check issued on 02/17/15 | 2300-000 | | -29.15 | 42,841.64 |
| 02/17/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #14-19259 | 2300-000 | | 29.15 | 42,812.49 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.51 | 42,754.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.59 | 42,689.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.40 | 42,627.99 |
| 08/26/15 | 104 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED AUGUST 25, 2015 (DOC 55) | 3420-000 | | 20.52 | 42,607.47 |
| 08/26/15 | 105 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED AUGUST 25, 2015 (DOC 55) | 3410-000 | | 2,441.14 | 40,166.33 |
| 08/26/15 | 106 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED AUGUST 25, 2015 (DOC 54) | 2100-000 | | 14,237.00 | 25,929.33 |
| 08/26/15 | 107 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' EXPENSES PER COURT ORDER DATED AUGUST 25, 2015 (DOC 53) | 3120-000 | | 449.97 | 25,479.36 |
| 08/26/15 | 108 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED AUGUST 25, 2015 | 3110-000 | | 7,362.00 | 18,117.36 |

Subtotals :  $0.00  $24,772.92

{} Asset reference(s)                                       Printed: 12/09/2015 10:59 AM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-19259
**Case Name:** WHEELER, JACQUELINE MARIE

**Taxpayer ID #:** **-***2614
**Period Ending:** 12/09/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (DOC 53) | | | | |
| 08/26/15 | 109 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED AUGUST 25, 2015 | 7100-000 | | 3,584.91 | 14,532.45 |
| 08/26/15 | 110 | American Express Bank, FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED AUGUST 25, 2015 | 7100-000 | | 3,357.18 | 11,175.27 |
| 08/26/15 | 111 | Advanta Bank Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED AUGUST 25, 2015 | 7100-000 | | 1,214.91 | 9,960.36 |
| 08/26/15 | 112 | PYOD, LLC its successors and assigns as assignee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED AUGUST 25, 2015 | 7100-000 | | 7,220.60 | 2,739.76 |
| 08/26/15 | 113 | PYOD, LLC its successors and assigns as assignee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED AUGUST 25, 2015 | 7100-000 | | 2,739.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,906.47 | 42,906.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,906.47 | 42,906.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $42,906.47 | $42,906.47 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4466** | 42,906.47 | 42,906.47 | 0.00 |
| | $42,906.47 | $42,906.47 | $0.00 |

{} Asset reference(s)

Printed: 12/09/2015 10:59 AM    V.13.25